**DISMISS and Opinion Filed October 10, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01190-CV

### KEVIN QUILENS, ANGELA HAYNES, BENJAMIN ROZZELL, III, AND AUBREY FOSTER, Appellants
### V.
### LINDA ANN MILLER AND ERIC LYNORD WILEY, Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-00936-A**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice Myers

Before the Court is appellants' motion to dismiss the appeal. Appellants have informed

the Court that the parties have settled their differences. Accordingly, we grant appellants'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Lana Myers/
LANA MYERS
JUSTICE

131190F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KEVIN QUILENS, ANGELA HAYNES, BENJAMIN ROZZELL, III, AND AUBREY FOSTER, Appellants

No. 05-13-01190-CV     V.

LINDA ANN MILLER AND ERIC LYNORD WILEY, Appellees

On Appeal from the County Court at Law No. 1, Dallas County, Texas.
Trial Court Cause No. CC-09-00936-A.
Opinion delivered by Justice Myers.
Justices FitzGerald and Francis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 10th day of October, 2013.

/Lana Myers/
LANA MYERS
JUSTICE